11:13 A.m.                                    3-1-06 RECEIVED

                                              2006 MAR -3 A 9:54

I Kelly Phillip / Anthony Richards are sending this letter requesting (2) two seperate indigent forms stateing imformation circled at bottom of form # 2. Because you are the Jail Administrator, It is both Lawful, and Just we submit this request to you. (Mrs. Olivia) at 11:13 Am on 3-1-06

                                    Kelly Phillips #147985
                                    Anthony Richards, Jr.

Please send forms back along with imformation!

                                    12:18 p.m. 3-1-06

Sent Back - Refused By Pike Co. Jail Administration. Mrs Olivia.
Wish ~~to cooperate~~ Courts to request for imformation.

                                    Kelly Phillips #147985
                                    Anthony Richards