IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

KELLY O. PHILLIPS                                        *
ANTHONY RICHARDS, SR.
                                                                  *
     Plaintiff,
                                                                  *
     v.                                                        2:06-CV-208-MEF
                                                                  *
PIKE COUNTY JAIL ADMINISTRATION,
*et al.*,                                                        *

     Defendants.                                     *

_____

**O R D E R**

Plaintiffs filed this 42 U.S.C. § 1983 action challenging the conditions of confinement

at the Pike County Jail.  Plaintiffs have submitted a joint motion for leave to proceed *in*

*forma pauperis* pursuant to the provisions of 28 U.S.C. § 1915(d).  The Prison Litigation

Reform Act of 1996 requires "each individual prisoner to pay the full amount of the required

[filing] fee." *Hubbard v. Haley, et al.*, 262 F.3d 1194, 1195 (11th Cir. 2001).  Consequently,

multiple prisoners are not entitled to enjoin their claims in a single cause of action.  *Id*.

Accordingly, the Clerk of this court is hereby DIRECTED to:

    1.  Open two (2) separate civil actions - one for each Plaintiff named in the instant

complaint.  The Clerk is advised that the case number of the present cause of action shall be

assigned to Kelly O. Phillips;

    2.  Assign the newly opened case(s) to the Magistrate Judge and District Judge to

which the instant cause of action is assigned;

3. Place a copy of the complaint and the request to proceed *in forma pauperis* filed

by inmates Phillips and Richards in the newly opened case file(s);

4. Refer these case files to the appropriate Magistrate Judge for further proceedings

upon completion of the foregoing directives.

Done this 15th day of March, 2006.


        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE