**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Russell Thomas,
   Sheriff
   Pike Co. Jail
   120 W. Church St.
   Troy, AL 36081

2. Article Number (Transfer from service label): 7003 2260 0005 4584 6453

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Delia Fuji
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Delia Frazer
C. Date of Delivery: 3-21-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:06CV208
   proc temp

3. Service Type
   ☒ Certified Mail        ☐ Express Mail
   ☐ Registered            ☒ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Doug Wheeler,
   Capt
   Pike Co. Jail
   120 W. Church St.
   Troy, AL 36081

2. Article Number (Transfer from service label): 7004 2510 0001 0150 3654

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Delia Fuji
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Delia Frk
C. Date of Delivery: 3-21-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

   06-208
   proc order
   + cmp

3. Service Type
   ☒ Certified Mail        ☐ Express Mail
   ☐ Registered            ☒ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540