**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mrs. Olivia
Pike Co. Jail
120 W. Church St
Troy, AL 36081

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Debra Fuji
☐ Agent
☐ Addressee

B. Received by (Printed Name): Debra Fuji
C. Date of Delivery: 3-21-06

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:
pro Order + Cmp
2:06cv208

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0001 0150 3647

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540