IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KELLY PHILLIPS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:06cv208-MEF ) (WO) |
| PIKE COUNTY JAIL ADMINISTRATION, et al., | ) ) ) |
| Defendants. | ) |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on March 20, 2006, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that plaintiff's claims against the Pike County Jail Administration and the Pike County Sheriff's Department are DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i), and that these parties are DISMISSED as defendants to this complaint.

It is further ORDERED that this case with respect to the remaining defendants is referred back to the Magistrate Judge for additional proceedings.

Done this the 12th day of April, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE