IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| KELLY O. PHILLIPS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-208-MEF |
| | ) | |
| PIKE COUNTY JAIL ADMINISTRATION, | ) | |
| *et al.*, | ) | |
| | ) | |
|     Defendants. | ) | |

# **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on April 13, 2006 (Doc. #12), said Recommendation is hereby ADOPTED and it is the

ORDER, JUDGMENT and DECREE that this case is DISMISSED without prejudice for plaintiff's failures to prosecute this action properly and to comply with the orders of this court.

DONE this 28th day of April, 2006.

_____/s/ Mark E. Fuller_____
CHIEF UNITED STATES DISTRICT JUDGE